**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jeff S. GOUGH, Defendant–Appellant.**

No. 01–50690.

D.C. No. CR–89–00345–GT.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 18, 2002.*

Decided Nov. 22, 2002.

Fed. R.App. P. 34(a)(2).

---

Before REINHARDT, RYMER, and SILVERMAN, Circuit Judges.

### MEMORANDUM **

Jeff Gough appeals from the district court's November 26, 2001, order continuing his term of supervised release with the added condition that he reside in a community corrections facility. We dismiss the appeal as moot because the additional condition was not implemented and Gough completed his supervised release term on January 17, 2002. *See United States v. Palomba*, 182 F.3d 1121, 1123 (9th Cir. 1999).

DISMISSED.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.